# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-19-00350-CV

**Jose G. Martinez, Appellant**

**v.**

**Maria D. Martinez, Appellee**

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-17-004601, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on October 4, 2019. On November 4, 2019, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by November 14, 2019, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Chari L. Kelly, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed for Want of Prosecution

Filed: December 19, 2019